IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HORACIO BENÍTEZ-RUIZ, et al.,<br><br>　　　　Plaintiffs<br><br>　　　　　v.<br><br>HOSPITAL BUEN PASTOR, et al.,<br><br>　　　　Defendants | CIVIL NO. 03-1330 (JP) |

**FINAL JUDGMENT**

For the reasons stated in its Opinion and Order entered this same date, the Court hereby:

1. **ENTERS JUDGMENT FOR PLAINTIFF** Horacio Benítez-Ruiz to have and recover from Defendants Hospital Buen Pastor and Héctor Mercado-Pérez, jointly and severally, the amount of **SIXTY THOUSAND DOLLARS ($60,000.00);**

2. **ENTERS JUDGMENT FOR PLAINTIFF** Karim Benítez-Marchand to have and recover from Defendants Hospital Buen Pastor and Héctor Mercado-Pérez, jointly and severally, the amount of **SIXTY THOUSAND DOLLARS ($60,000.00);**

3. **ENTERS JUDGMENT FOR PLAINTIFFS** Horacio Benítez-Ruiz and Karim Benítez-Marchand, in equal parts, to have and recover from Defendants Hospital Buen Pastor and Héctor Mercado-Pérez, jointly and severally, the amount of **THIRTY**

CIVIL NO. 03-1330 (JP)        -2-

      **THOUSAND DOLLARS ($30,000.00)** for damages suffered by decedent Mayra Marchand-Collazo; and

4. **ENTERS JUDGMENT FOR PLAINTIFFS** Horacio Benítez-Ruiz and Karim Benítez-Marchand, in equal parts, to have and recover from Defendants Hospital Buen Pastor and Héctor Mercado-Pérez, jointly and severally, attorney's fees in the amount of **TWENTY THOUSAND DOLLARS $20,000.00.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of July, 2009.

                                                s/Jaime Pieras, Jr.
                                                  JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE